UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE, BY THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY INVESTIGATIONS, OF ONE SAMSUNG CELLPHONE SEIZED ON OR ABOUT DECEMBER 21, 2021 | CASE NO. MC22-0050-RSL<br><br>**SECOND ORDER EXTENDING GOVERNING CAFRA DEADLINE PURSUANT TO 18 U.S.C. 983(a)(3)(A)** |

THIS MATTER comes before the Court on the Parties' *Stipulation and Request to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. § 983(a)(3)(A)*. In light of the Parties' agreement, pursuant to 18 U.S.C. § 983(a)(3)(A), the Court ORDERS:

1. The Civil Asset Forfeiture Reform Act (CAFRA) deadline governing Claimant Shabnam Pilisuk's administrative claim to the following property is HEREBY EXTENDED from September 7, 2022, to **March 6, 2023**:

   - One Samsung cellphone, seized by the United States Department of Homeland Security Investigations on or about December 21, 2021, from the person of Shabnam Pilisuk in Seattle, Washington.

IT IS SO ORDERED.

2nd Order Extending Governing CAFRA Deadline - 1
*In the Matter of the Seizure, by HSI, of One Samsung Cellphone*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 6th day of September, 2022.

*/s/ S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

 *s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Jehiel.Baer@usdoj.gov
*Counsel for the United States*

 *s/ Keith Hall*
KEITH HALL
Newton & Hall, Attorneys at Law, PLLC
610 Central Avenue South
Kent, WA 98032
253-852-6600
Keith@NewtonandHall.com
*Counsel for Claimant Pilisuk*

2nd Order Extending Governing CAFRA Deadline - 2
*In the Matter of the Seizure, by HSI, of One Samsung Cellphone*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970